Michael A. Gould (SBN  151851)
Aarin A. Zeif (SBN 247088)
GOULD & ASSOCIATES
A Professional Law Corporation
17822 East 17th Street, Suite 106
Tustin, California 92780

Telephone:  (714) 669-2850
Telecopier:  (714) 544-0800

**JS-6**

Richard A. Jones (SBN 117679)
Law Offices of Richard A. Jones
1820 E. 17th Street
Santa Ana, California 92705
Telephone: (714) 480-0200
Telecopier: 714-480-0423

Attorneys for Plaintiff
Alyson Alcala

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| ALYSON ALCALA, an Individual, | ) **CASE NO.: 5:13-cv-00824-VAP-DTB** |
| Plaintiff, | ) [Hon Judge Virginia A. Phillips] |
| v. | ) **ORDER DISMISSING ACTION WITH PREJUDICE** |
| LANE BRYANT, INC., and DOES 1 through 25, | ) Case Filed:  January 25, 2013 |
| Defendants. | ) Trial Date:   May 20, 2014 |

- 1 -

1

2

**ORDER**

3
　　Based on the Stipulation for Dismissal with Prejudice filed by the Parties

4
and upon a finding of good cause, pursuant to Federal Rules of Civil Procedure,

5
Rule 41(a)(1)(A)(ii), the Court hereby orders this action shall be, and is

6
voluntarily, DISMISSED WITH PREJUDICE, with each party to bear its own

7
respective attorneys' fees and costs.

8

9
Dated: February 25, 2014

10

11
　　　　　　　　　　　　　Hon. Judge Virginia A. Phillips
　　　　　　　　　　　　　United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DB2/ 24573523.1　**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**